**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RODERICK DEWAYNE STINSON, JR.,** : | |
| Petitioner, : | |
| vs. : | **CIVIL ACTION 09-0639-KD-C** |
| **TROY ROBIN KING,** *et al.*, : | |
| Respondents. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 16, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **13th** day of **January 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**